De Witt Smith, Respondent, v. Thomas Stokes and Edward W. Barnes, Appellants.— Interlocutory judgment affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ., concurred.

Nettie Stern, Appellant, v. Millard Marcuse and Others, Defendants, Impleaded with August J. Kimmerle, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor, Burr and Miller, JJ., concurred.

Title Guarantee and Trust Company, Respondent, v. Max Brown, Appellant. — Order of the Municipal Court affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor, Burr and Miller, JJ., concurred.

Eugene M. Travis, Appellant, v. Wellington B. McMorris, Respondent.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

Edward M. Tyrrell, Appellant, v. Long Island City, Respondent.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

Nathan Ulman, Respondent, v. Barney Daly, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Burr and Miller, JJ., concurred.

United Realty and Mortgage Company, Appellant, v. Frederick E. Carpenter, Respondent.—Judgment of the Municipal Court affirmed, with costs, on the authority of United Realty & Mortgage Co. v. Stoothoff (ante, p. 245), decided herewith. Woodward, Jenks, Gaynor, Burr and Miller, JJ., concurred. /

Vanderveer Crossings, Respondent, v. The Eiermann Realty and Construction Company, Appellant, Impleaded with Harris Nevin and John H. Perry.— Judgment reversed and new trial granted, costs to abide the final award of costs, on the authority of Vanderveer Crossings v. Rapalje (ante, p. 203), decided herewith. Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.

Vanderveer Crossings, Respondent, v. A. Judson Palmer, Appellant.— Judgment reversed and new trial granted, costs to abide the final award of costs, on the authority of Vanderveer Crossings v. Rapalje (ante, p. 203), decided herewith. Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.

Richard L. Vaughan, Respondent, v. John Smith, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Jennie Vernell, as Administratrix, etc., of Thomas Vernell, Deceased, Respondent, v. The Central New England Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor, Burr and Miller, JJ.

Mary Von Braunsberg, Respondent, v. Brooklyn, Queens County and Suburban Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Gaynor and Miller, JJ., concurred; Burr, J., dissented.

John Wall, Respondent, v. The New York Edison Company, Defendant, Impleaded with Henry E. Coe. Appellant.— Judgment and order affirmed, with